BRYAN SCHRODER
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: adam.alexander@usdoj.gov

C. ALDEN PELKER
Trial Attorney
Computer Crime & Intellectual Property Section
1301 New York Avenue NW
Washington, DC 20530
Phone: (202) 514-1026
Fax: (202) 514-6113
Email: catherine.pelker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:20-cr-00079-JMK-DMS |
| Plaintiff, | ) ) | **MOTION TO SEAL** |
| vs. | ) ) | **INDICTMENT** |
| MATTHEW PHILBERT, | ) ) | [**FILED UNDER SEAL**] |
| Defendant. | ) ) ) | |

COMES NOW the United States of America, by and through undersigned counsel, and hereby moves this Court to the seal the Indictment and arrest warrant in the above-

captioned case. This motion is made for multiple reasons, including the fact that public disclosure of the Indictment and arrest warrant would adversely affect an ongoing covert international investigation as well as the arrest and extradition of the defendant in this matter, who is a well-known if mid-level cybercriminal residing in Canada.

The Indictment in this matter charges the defendant with one count of conspiracy to commit fraud and related activity in connection with computers, and one substantive count for the same offense. The charge stems from a long-term investigation into international hacking activities by the defendant, who currently resides overseas and has targeted victims in the United States (including the State of Alaska) and abroad for financial gain. The investigation involves confidential sources of information, undercover law enforcement actions, and will require coordinated law enforcement efforts to arrest and extradite the defendant from Canada or a third-party nation if he travels. It is therefore imperative that the defendant not be made aware of the existence of the Indictment pending extradition proceedings.

Therefore, for good cause shown, the United States respectfully requests that the Indictment and arrest warrant be sealed until the defendant can be safely taken into custody, at which time the United States will move to unseal the Indictment and arrest warrant. It is submitted that the interest of the public in an open proceeding is substantially outweighed by law enforcement's need for secrecy in this matter based on these circumstances.

Based on the foregoing, the United States requests that the Court seal the Indictment, arrest warrant, and all other materials in this case for a period up to but not

exceeding the arrest of the defendant, and find that the public's right of access to the existence of this Indictment is outweighed by the legitimate interests of law enforcement. If the need for secrecy as outlined above passes before the expiration of the period requested by the Government in this motion, the undersigned will file an appropriate motion to unseal.

The United States request that the court permit a limited exception to this proposed sealing order pursuant to Criminal Rule 6(e)(3)(E)(iii), which authorizes disclosure of grand jury matters "at the request of the government, when sought by a foreign court or prosecutor for use in an official criminal investigation" to allow the United States to disseminated the sealed indictment and arrest warrants in this matter to law enforcement and governmental personnel in the United States, Canada, or any other country in which the defendants may be located, as well as the International Criminal Police Organization (INTERPOL) and the European Union Agency for Law Enforcement Cooperation (EUROPOL), for the purpose of initiating and effectuating arrest, detention, removal and/or extradition proceedings against the defendant.

RESPECTFULLY SUBMITTED this 17th day of September 2020, at Anchorage, Alaska.

> BRYAN SCHRODER
> United States Attorney
>
> s/ Adam Alexander
> ADAM ALEXANDER
> Assistant U.S. Attorney