BRYAN SCHRODER
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: adam.alexander@usdoj.gov

C. ALDEN PELKER
Trial Attorney
Computer Crime & Intellectual Property Section
1301 New York Avenue NW
Washington, DC 20530
Phone: (202) 514-1026
Fax: (202) 514-6113
Email: catherine.pelker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:20-cr-00079-JMK-MMS |
| Plaintiff, | ) | **MOTION TO UNSEAL CASE** |
| vs. | ) | |
| MATTHEW PHILBERT, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through undersigned counsel, and hereby moves this Court to unseal the Indictment and arrest warrant and related papers in the above-captioned case. Mr. Philbert has been arrested by Canadian authorities, who plan a public statement regarding his apprehension tomorrow, Tuesday 7 December 2021. As a result, there is no longer a compelling need for this matter to remain under seal, and the United States moves for the indictment in this matter and associated documents to be unsealed today, Monday 6 December 2021.

RESPECTFULLY SUBMITTED this 6th day of December 2021, at Anchorage, Alaska.

    E. BRYAN WILSON
    Acting United States Attorney

    s/ Adam Alexander
    ADAM ALEXANDER
    Assistant U.S. Attorney
    Federal Building & U.S. Courthouse
    222 West Seventh Avenue
    Anchorage, Alaska 99513-7567
    Phone: (907) 271-5071
    Email: adam.alexander@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on March 5, 2021, a true and correct copy of the foregoing was served electronically on the following:
Jamie McGrady
Federal Defender
District of Alaska
s/ Adam Alexander
Office of the U.S. Attorney