IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:20-cr-00079-JMK-MMS |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER UNSEALING CASE** |
| vs. | ) |
| MATTHEW PHILBERT, | ) |
| Defendant. | ) |

IT IS ORDERED that the Indictment, arrest warrant, and related papers in this case can be unsealed by application by the United States and following the arrest and initial appearance of the defendant in Canada.

DATED this ____ day of _____, 20___, at Anchorage, Alaska.

_____
United States Magistrate Judge