IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:20-cr-00079-JMK-MMS |
|---|---|
| Plaintiff, | ) **ORDER UNSEALING CASE** |
| vs. | ) |
| MATTHEW PHILBERT, | ) |
| Defendant. | ) |

IT IS ORDERED that the Indictment, arrest warrant, and related papers in this case can be unsealed. The United States has notified the court of the defendant's arrest and initial appearance in Canada.

DATED this 6th day of December, 20 22, at Anchorage, Alaska.

                                          s/ Matthew M. Scoble
                                       Chief United States Magistrate Judge